IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|    Plaintiff | § | |
| v. | § | NO. 2:11-CV-214-J |
| | § | |
| Real Property located at 4801 Aberdeen | § | |
| Parkway, Amarillo, Texas; | § | |
| 2003 BMW X5, VIN 5UXFA53593LV90017; | § | |
| 2006 Pontiac GT Sedan, | § | |
| VIN 1G2ZH558364227961, | § | |
|    Defendants *In Rem*. | § | |

## CLERK'S ENTRY OF DEFAULT

Upon the Plaintiff's request for entry of default, the Clerk of the Court has reviewed its file in this cause and is satisfied that the pleadings filed therein establish that the defendant property was arrested; notice of the action was sent to Phyllis Buckley and was published; the time has expired for claims and answers to be filed; and that Phyllis Buckley has not filed a claim or answer.  Therefore, upon request of the Plaintiff's counsel, default is hereby entered against Phyllis Buckley as to any interest she may have in the defendant property.

      Entered this _____ day of _____, 2012.

                                     KAREN MITCHELL
                                     U.S. District Court Clerk, Northern District of Texas

                                     BY: _____
                                     Deputy Clerk